**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

---

CASE NO.  8:20-cr-165-MSS-AAS          DATE: December 5, 2022
TITLE:      United States of America v. **David Byron Copeland**
TIME:       9:15 AM – 11:15 AM; 11:21 AM – 11:50 PM; 1:19 PM – 2:52 PM;
            3:12 PM – 4:03 PM
TOTAL:      4 hours, 53 minutes

| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
|---|---|
| Court Reporter: David Collier | |

| Counsel for Government: | Alejandro Salicrup; Clayton Solomon |
|---|---|
| Counsel for Defendant: | David Little, CJA |

### CRIMINAL MINUTES: JURY SELECTION AND TRIAL (DAY 1)

Court in session and counsel identified for the record. Defendant is present with counsel.

Judge Moody is conducting trial of this case on behalf of Judge Mary S. Scriven, with her consent.

9:15 AM      **38 jurors enter the courtroom and are seated. Voir dire begins.**

Voir dire by AUSA Salicrup.

Voir dire by Mr. Little.

Voir dire concludes. Jurors exit courtroom. The Court and counsel discuss challenges.

11:15 AM     Short break. Court in recess.

11:21 AM     Court in session. Jurors enter courtroom. 15 jurors are selected and sworn. The Court reads preliminary instructions to jurors.

11:50 AM     Jurors excused for lunch. Court in recess until 1:15 PM.

1:19 PM      Court in session. Government requests to invoke the rule of sequestration. Granted.

Jurors enter courtroom.

Opening statements by AUSA Solomon.

Opening statements by Mr. Little.

Government's witness #1: James Gogue, sworn and testified on direct examination by AUSA Solomon.
Cross examination by Mr. Little. No re-direct, witness excused.

Government's witness #2: Alyssa O'Neill, sworn and testified on direct examination by AUSA Solomon.
No cross examination, witness excused.

2:52 PM      Afternoon break. Jurors exit courtroom. Court in recess.

3:12 PM      Court in session. Jurors enter courtroom.

Government's witness #3: Mary Husband, sworn and testified on direct examination by AUSA Solomon.
No cross examination, witness excused.

Government's witness #4: Robert Matteis, sworn and testified on direct examination by AUSA Salicrup.
Cross examination by Mr. Little. Re-direct by Salicrup, witness excused.

4:03 PM      Jurors dismissed until 9:15 AM tomorrow, December 6, 2022. Court adjourned.