**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:20-cr-165-MSS-AAS | DATE: December 6, 2022 |
| TITLE: United States of America v. **David Byron Copeland** | |
| TIME: 9:16 AM – 10:24 AM | 2:50 PM – 4:02 PM |
| 10:41 AM – 11:56 AM | |
| 1:17 PM – 2:29 PM | |
| TOTAL: 4 hours 47 minutes | |

| Courtroom Deputy: Derek Young | Interpreter: N/A |
|---|---|
| Court Reporter: David Collier | |
| Counsel for Government: Alejandro Salicrup; Clayton Solomon | |
| Counsel for Defendant: David Little, CJA | |

## CRIMINAL MINUTES: JURY TRIAL (DAY 2)

Court in session and counsel identified for the record. Defendant is present with counsel.

Government Witness #5: James Wesley Moss, sworn and testified direct examination by AUSA Salicrup.

Court takes 15 min recess 10:24 AM

Court takes lunch 11:56 AM- Court resumes 1:17 PM

Cross examination: David Little

Court takes 15 min recess 2:29 pm

Redirect examination: AUSA Salicrup

Government Witness #6: Trenton Thiede, sworn and testified, direct examination by AUSA Solomon.

Government Witness #7: Madonna Beamer, sworn and testified, direct examination by AUSA Solomon

Government Witness # 8: Wilma Wright, sworn and testified, direct examination By AUSA Solomon

Cross examination: David Little

Court in recess.