**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:20-cr-165-MSS-AAS | DATE: December 7, 2022 |
| TITLE: | United States of America v. **David Byron Copeland** |
| TIME: | 9:09 AM – 10:30 AM; 10:50 AM – 11:43 AM; 1:02 PM – 2:07 PM; |
| | 2:20 PM – 3:51 PM; 4:02 PM – 4:37 PM |
| TOTAL: | 5 hours, 25 minutes |

| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
|---|---|
| Court Reporter: David Collier | |
| Counsel for Government: | Alejandro Salicrup; Clayton Solomon |
| Counsel for Defendant: | David Little, CJA |

## CRIMINAL MINUTES: JURY TRIAL (DAY 3)

Court in session and counsel identified for the record. Defendant is present with counsel.

9:09 AM  Defendant's oral motion re: Government witness testimony of Mazzei. Granted in part and denied I part, as stated on the record. Government requests the Court read the 404(b) jury instruction prior to witness Mazzei's testimony. Granted.

9:16 AM  Jurors enter courtroom.

Government's witness #9: Chelarishi Rivera, sworn and testified on direct examination by AUSA Solomon.
No cross examination, witness excused.

Government's witness #10: Sabrina Archard, sworn and testified on direct examination by AUSA Solomon.
No cross examination, witness excused.

Government's witness #11: Michael Alton Gordon, sworn and testified on direct examination by AUSA Salicrup.

10:30 AM  Morning break. Jurors exit courtroom. Court in recess.

10:50 AM  Court in session. Jurors enter courtroom. Resume direct examination of Government's witness #11, Michael Alton Gordon by AUSA Salicrup. Cross examination by Mr. Little.

| | |
|---|---|
| 11:43 AM | Jurors excused for lunch. Court in recess until 1:00 PM. |
| 1:02 PM | Court in session. Jurors enter courtroom. |
| | Resume cross examination of Government's witness #11, Michael Alton Gordon by Mr. Little. Re-direct by AUSA Salicrup. Witness excused. |
| | Government's witness #12: Robert Mazzei, sworn and testified on direct examination by AUSA Solomon.<br>Sidebar. Witness excused for the reasons stated on the record. |
| | Government's witness #13: Scott Keller, sworn and testified on direct examination by AUSA Solomon.<br>Cross examination by Mr. Little. No re-direct, witness excused. |
| 2:07 PM | Jurors exit courtroom. Court discusses case progress. Court in recess. |
| 2:20 PM | Court in session. Defendant's oral motion for a Judgment of Acquittal. Denied, for the reasons stated on the record. |
| | Jurors enter courtroom. |
| | Government rests. Defense rests. |
| | Government's closing arguments by AUSA Salicrup. |
| | Defense closing arguments by Mr. Little. Rebuttal closing from AUSA Solomon. |
| 3:51 PM | Break. Jurors exit courtroom. Court in recess. |
| 4:02 PM | Court in session. Jurors enter courtroom. |
| | The Court reads jury instructions. Three alternate jurors excused. Jurors dismissed to deliberate. Jurors will return tomorrow, 12/8/2022, at 9:15 AM to officially begin deliberations. Exhibits provided to the jury off the record. |
| 4:37 PM | Court in recess. |