**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:20-cr-165-MSS-AAS | DATE: December 12, 2022 |
| TITLE: United States of America v. **David Byron Copeland** | |
| TIME: 9:14 AM – 9:18 AM; 1:53 PM – 1:58 PM | |
| TOTAL: 9 minutes | |

| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
|---|---|
| Court Reporter: Sharon Miller | |

| Counsel for Government: | Alejandro Salicrup; Clayton Solomon |
|---|---|
| Counsel for Defendant: | David Little, CJA |

## CRIMINAL MINUTES: JURY TRIAL (DAY 6)

Court in session and counsel identified for the record. Defendant is present with counsel.

| | |
|---|---|
| 8:45 AM | All 12 jurors present to resume deliberations. |
| 9:14 AM | Jury question 3. Parties reconvene in courtroom. Parties and the Court discussed jury question and written answer. |
| 9:18 AM | Answer provided to the jury (on paper). Court in recess. |
| 1:53 PM | Jury question 4. Parties reconvene in courtroom. Parties and the Court discuss jury question. Defendant's oral motion for a mistrial. Government does not object. Granted, for the reasons stated on the record. |
| 1:58 PM | Jurors enter courtroom. The Court declares a mistrial and discharges the Jury. Jurors exit courtroom. Court adjourned. |
| | Trial exhibits returned to Government, off the record. |
| | Jury trial to be reset by separate notice, at a later date. |